FILED
CLERK, U.S. DISTRICT COURT
JUL 27, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

JS-6

| | |
|---|---|
| ANTHONY L. FRANCHITTO,<br><br>　　　　Plaintiff,<br>vs.<br><br>GOLD LAW, APC,<br>SAG-AFTRA FEDERAL CREDIT UNION;<br>and Does 2-10,<br><br>　　　　Defendants. | Case No.: 2:17-cv-03104 SVW (JPR)<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE |

Having considered the parties' confidential settlement agreement, IT IS HEREBY ORDERED that this action is dismissed WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated this 27th of July, 2017.

_/s/ Stephen V. Wilson_
Honorable Stephen V. Wilson
U.S. District Court Judge Presiding

1